IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Citation No. 15-PO-7003

UNITED STATES OF AMERICA,

Plaintiff,

v.

MYLES L. PINDER-SPEIGHT,

Defendant.

---

ORDER SETTING TRIAL AND MOTIONS HEARING

---

Entered by U.S. Magistrate Judge Craig B. Shaffer.

It is hereby ORDERED that this matter is set for a one-day Bench Trial beginning on April 27, 2015, at 9:00 a.m., in the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, Courtroom A402. The provisions of the Local Rules of this Court and of Fed. R. Crim. P. 16 shall be followed by the prosecution and the defendant.

It is further ORDERED that any pretrial motions are to be filed no later than April 6, 2015.  Any responses shall be filed on or before April 13, 2015.

It is further ORDERED that a Motions Hearing will be set as needed.

It is further ORDERED that no less than 7 days before trial, the parties shall notify the magistrate judge's courtroom deputy, Billie S. Diemand-Neligh/Amanda Montoya, who may be reached at (303) 335-2142 or (303) 335-2096, of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDROM or other electronic means of evidence presentation.

DATED at Denver, Colorado, this 20th day of February, 2015.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge