AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| v. | **(For a Petty Offense)** — Short Form |
| PINDERSPEIGHT, MYLES L | Case No.: 2   4617122 |
| 7760 BLUEVAIL WAY | USM No. |
| COLORADO SPGS, CO 80922 | Defendant's Attorney |

**THE DEFENDANT:** PINDERSPEIGHT, MYLES L

☐ **THE DEFENDANT** pleaded guilty to count(s)    n/a

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 18:13-7990.P | DISREGARDED/FAILED TO STOP AS REQUIRED AT STOP SIGN | 12/14/2014 | 1 |

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | **Assessment** | **Fine** | **Processing Fee** |
| --- | --- | --- | --- |
| **Total:** $95.00 | $ 0.00 | $ 70.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  3022

Defendant's Year of Birth:  1991

City and State of Defendant's Residence:
COLORADO SPGS, CO

April 27, 2015
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judge

Craig B. Shaffer, U.S. Magistrate Judge
Name and Title of Judge

April 27, 2015
Date