AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
            Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

UNITED STATES OF AMERICA
v.
PINDER-SPEIGHT, MYLES L
7760 BLUEVAIL WAY

COLORADO SPGS, CO 80922

**AMENDED**
**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

Case No.    15-po-7003- CBS

USM No.

_____
Defendant's Attorney

**THE DEFENDANT:** PINDER-SPEIGHT, MYLES L

☐ **THE DEFENDANT** pleaded guilty to count(s)    n/a

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18:13-7990.P | DISREGARDED/FAILED TO STOP AS REQUIRED AT STOP SIGN | 12/14/2014 | 1 |

☐  Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

|  | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $75.00 | $ 5.00 | $ 70.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   3022

Defendant's Year of Birth:   1991

City and State of Defendant's Residence:
COLORADO SPGS, CO

April 27, 2015
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judge

Craig B. Shaffer, U.S. Magistrate Judge
Name and Title of Judge

April 29, 2015
Date